# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

WILLIOUS E. BLOCK,  PETITIONER
ADC #119582

v.   No. 5:11CV00243 JLH-JTK

RAY HOBBS, Director,
Arkansas Department of Correction   RESPONDENT

## JUDGMENT

Pursuant to the Order entered separately today, Willious E. Block's petition for writ of habeas corpus is DISMISSED WITH PREJUDICE.

DATED this 26th day of June, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE